

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 5, 2023

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re: *Ulyanova, et al. v. Garland, et al.,* No. 23 Civ. 4089 (RA)

Dear Judge Abrams:

    This Office represents defendants (the "government") in the above-referenced action in which the plaintiffs seek an order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate plaintiff's Petition for Alien Relative (Form I-130) and the Application to Register or Adjust Status (Form I-485). I write respectfully, and jointly with the plaintiffs, to request a 90-day stay of this matter, from July 24, 2023, to October 24, 2023. I also respectfully request that the initial pretrial conference currently scheduled for July 12, 2023, Dkt. No. 23, and the joint letter and proposed case management plan due in advance of that conference, be adjourned *sine die*.

    On June 15, 2023, USCIS approved plaintiff's I-130 petition, and USCIS is prepared to begin adjudicating the I-485 application. The parties may be able to resolve this matter without further intervention of the Court. Accordingly, the requested stay is in the interests of efficiency and conservation of judicial and party resources. *See Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936) (a district court has the "inherent power" to stay a pending action in the interest of judicial economy).

    This is the parties' first request for a stay. The parties further propose providing a joint status update or stipulation and proposed order of dismissal by October 24, 2023. I thank the Court for its consideration of this letter.

                                                                   Respectfully submitted,

Application granted.

                                                                  DAMIAN WILLIAMS
SO ORDERED.                                         United States Attorney

                                     By:   *s/ Nancy Pham*
                                            NANCY D. PHAM
_____               Special Assistant United States Attorney
Hon. Ronnie Abrams                   86 Chambers Street, 3rd Floor
7/6/2023                                           New York, New York 10007
                                                     Telephone: (202) 305-8062
                                                     E-mail: nancy.pham3@usdoj.gov
                                                     *Attorney for Defendants*

cc: Counsel of record (via ECF)